FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

TAMERA E. INGRAM,

    Plaintiff,

v.                                                      Case No. 2:21-cv-2509-MSN-tmp

JUVENILE COURT, et al.,

    Defendants.

---

## JUDGMENT

---

**JUDGMENT BY COURT.** This action came before the Court on Plaintiff's *pro se* Complaint (ECF No. 1), filed August 2, 2021,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Adopting Report and Recommendation and Order Dismissing Case, entered November 5, 2021, (ECF No. 8) settling this matter between the parties and dismissing all claims against Defendants with prejudice, all claims against Defendants are hereby **DISMISSED WITH PREJUDICE**.

APPROVED:   <u>*s/ Mark S. Norris*</u>
                  MARK S. NORRIS
                  UNITED STATES DISTRICT JUDGE

DATE:       <u>November 5, 2021</u>